UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| Wilfredo Torres Mass<br><br>Plaintiff,<br><br>v.<br><br>Clínicas Las Américas Guaynabo, Inc.<br><br>Defendant | Civil No.:<br><br>American with Disabilities Act |

**NOTICE OF REMOVAL**

TO THE HONORABLE COURT:

Pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, defendant, CLÍNICAS LAS AMÉRICAS GUAYNABO, INC. ("Defendant") hereby files this Notice of Removal on the following grounds:

1. On August 25, 2025, the plaintiff, Wilfredo Torres Mass, filed a complaint seeking injunctive relief, attorney fees and costs for alleged violations under Title III of the *Americans with Disabilities Act* ("ADA"), 42 U.S.C. §12181, *et. seq.*, in the Court of First Instance, Superior Part of Bayamón, Commonwealth of Puerto Rico, Civil No. BY2025CV04459 ("Commonwealth Court") against Defendant. See Exhibit 1, Certified Translation of Complaint.

2. Defendant was first served with a copy of the Complaint and Summons on September 10, 2025. See Exhibit 2 Certified Translation of Summons.

3. The attached two exhibits constitute all process and pleadings served upon Defendant pursuant to 28 U.S.C. §1446(a).

4. Defendant is timely filing this Notice of Removal to the United States District Court for the District of Puerto Rico within thirty days of being served with copy of the complaint and summons pursuant to 28 U.S.C. §1441(b)(1).

5. This Court has subject-matter jurisdiction over this matter pursuant to 28 U.S.C. § 1331 and 28 U.S.C. §1441(c)(1)(A), because the action filed in the Commonwealth Court specifically arises out of federal law as it seeks specific remedies under the ADA.

6. Upon filing this Notice of Removal with the Clerk of the United States District Court for the District of Puerto Rico, Defendant is filing a copy of this Notice of Removal with the Commonwealth Court through the SUMAC electronic filing system which will, in turn, automatically notify it to plaintiff's counsel.

**WHEREFORE,** notice is given that this action is removed from the Court of First Instance, Superior Part of Bayamón, Commonwealth of Puerto Rico, to the United States District Court for the District of Puerto Rico. Defendant respectfully requests that this Court enter such further orders and grant such further relief as may be necessary to secure the removal of this action and prevent further proceedings in the Commonwealth Court, and grant such other relief as this Court deems appropriate.

RESPECTFULLY SUBMITTED.

I HEREBY CERTIFY that a true and exact copy of this Notice of Removal was notified today to the Court of First Instance, San Juan Superior Part, Civil No. SJ2014CV00057 via the SUMAC electronic filing systems which will, in turn, automatically notify it to plaintiff's counsel, José Carlos Vélez-Colón, Esq., at his email vlg@velezlawgroup.com.

In San Juan, Puerto Rico this 8th day of October, 2025.

**ABESADA LAW OFFICES P.S.C.**
Attorneys for Defendant
1357 Ave. Ashford 2-184
San Juan, Puerto Rico 00907
Tel. (787) 948-5131
ra@abesada.com


S/ Roberto Abesada-Agüet
USDC-PR No. 216706